## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TOULA AVGERINOS | ) | CASE NO. 1: 08 CV 1955 |
| obo | ) | |
| PANOS AVGERINOS, | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF | ) | JUDGMENT |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, the Report and

Recommendation of Magistrate Judge Nancy A. Vecchiarelli is ADOPTED by this Court.  (ECF

# 15.)  Consistent with this ruling, Defendant's final decision is AFFIRMED and judgment is

entered in favor of Defendant.

IT IS SO ORDERED.


*s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATED: March 27, 2009